UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CASE NO. CR06-347-RSL |
| Plaintiff, ) | |
| ) | |
| v. ) | SUMMARY REPORT OF U.S. |
| ) | MAGISTRATE JUDGE AS TO |
| ROBERT V. WRIGHT, ) | ALLEGED VIOLATIONS |
| ) | OF SUPERVISED RELEASE |
| Defendant. ) | |
| ) | |

An initial hearing on supervised release revocation in this case was scheduled before me on December 14, 2011. The United States was represented by AUSA Seth Wilkinson for Patricia Lally and the defendant by Kyana Stephens for Nancy Tenney. The proceedings were digitally recorded.

Defendant had been sentenced on or about June 5, 2007 by the Honorable Robert S. Lasnik on a charge of Possession of Child Pornography, and sentenced to 18 months custody, three years supervised release.

The conditions of supervised release included the standard conditions plus the requirements that defendant participate in drug treatment, abstain from alcohol, submit to

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -1

search, not possess any sexually explicit images or child pornography, participate in sexual deviancy evaluation and treatment, follow lifestyle restrictions imposed by his therapist, not go to places within 100 feet of an area known to be frequented by minors without approval nor be employed in a capacity which would place him in direct contact with children under 18 years of age, not have any direct or indirect contact with children under 18 years of age, obtain preapproval for his residence, and provide his probation officer with access to financial information. (Dkt. 32.)

On March 8, 2010, the defendant admitted violating the conditions of supervised release by consuming alcohol to excess, failing to notify the probation officer within 72 hours of contact with law enforcement, and failing to report to the probation office as directed. Defendant's probation officer reported on May 26, 2010 that defendant had tested positive for marijuana. Defendant was reprimanded, and referred for professional assessment, counseling and intensive outpatient treatment. No further action was taken at the time (Dkt. 45). Defendant was continued on supervised release on the previous conditions. (Dkt. 48.)

In an application dated (Dkt. 49, 50), U.S. Probation Officer Sara K. Moore alleged the following violations of the conditions of supervised release:

1. Failing to participate in certified sexual deviancy treatment as directed, in violation of the special condition directing the defendant to actively participate and make reasonable progress in a certified sexual deviancy program.

2. Failing to report as directed on June 6, 2011, in violation of standard condition 2.

Defendant was advised in full as to those charges and as to his constitutional rights.

Defendant admitted the violations and waived any evidentiary hearing as to whether

they occurred.

I therefore recommend the Court find defendant violated his supervised release as alleged, and that the Court conduct a hearing limited to the issue of disposition. The next hearing will be set before Judge Lasnik.

Pending a final determination by the Court, defendant has been detained.

DATED this <u>14th</u> day of December, 2011.

                                             Mary Alice Theiler
                                             United States Magistrate Judge

cc:     District Judge:          Honorable Robert S. Lasnik
        AUSA:                  Seth Wilkinson, Patricia Lally
        Defendant's attorney:    Kyana Stephens, Nancy Tenney
        Probation officer:       Sarah K. Moore